

**ORDER**

February 5, 2024

**FILED VIA ECF**

The Honorable Judge Edward S. Kiel
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

        Re:        **CAPPAS v. HEALTHEC, LLC**
                      **Civil Case No.: 2:24-cv-00312-JKS-ESK**

Dear Judge Kiel:

    We represent Plaintiff in the above-cited matter. In accordance with the Court's Text Order of January 30, 2024 (Doc. 3), we write to inform the Court that Plaintiff consents to her case being consolidated into Case No. 24-00026.

    Thank you for your courteous attention to this matter.

                                Very truly yours,

                            **THE SULTZER LAW GROUP P.C.**

                            Philip Furia

**Case No. 24-00312,** *Cappas v. HealthEC, LLC,* **is hereby: (1) consolidated with Case No. 24-00026,** *Lempinen v. HealthEC, LLC***; and (2) marked as terminated. So Ordered.**

    **/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.M.J.**
**Date: February 5, 2024**